**Order entered December 16, 2015**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-01513-CV

## IN RE VSDH VAQUERO VENTURE, LTD. AND DOUGLAS M. HICKOK, Relators

**Original Proceeding from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-09-05232-A**

## ORDER

Before the Court is relator's petition for writ of mandamus. The Court requests a response to the petition. Real parties in interest, Ken Gross and Betsy Gross, and respondent, The Honorable D'Metria Benson, shall file their responses to the petition, if any, on or before December 30, 2015.

/s/    DOUGLAS S. LANG
       JUSTICE